JIM TRAVIS V. THE STATE.

No. 22385. Delivered February 3, 1943.

The opinion states the case.

*J. R. Bogard,* of San Augustine; for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

Hog theft is the offense; the punishment, two years in the State penitentiary.

No bills of exception accompany the record.

There appears, what is denominated, a statement of facts, but such is not subject to be considered by us because same is neither signed nor approved by the trial judge.

The judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.